

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00351-CV

**BRUINGTON ENGINEERING, LTD.**,
Appellant

v.

**PEDERNAL ENERGY, L.L.C.**,
Appellee

From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 7,767
Honorable Jose A. Lopez, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's Order Denying Defendant Bruington Engineering, Ltd.'s Motion to Dismiss With Prejudice is REVERSED and judgment is RENDERED that all claims by Pedernal Energy, L.L.C. against Bruington Engineering, Ltd. are DISMISSED. The cause is REMANDED to the trial court for a determination of whether such dismissal is with prejudice or without prejudice.

It is ORDERED that appellant recover its costs of this appeal from appellee.

SIGNED May 8, 2013.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice